IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| EVOLUTION STRATEGIES, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-592 (AJT/TCB) |
| | ) | |
| UNLIMITED MARKETING ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. 11] be granted, and that a default judgment be entered in favor of Plaintiff in the total amount of $955,981.03, consisting of $949,879.03 in monetary damages and $6,102.00 in attorney's fees and costs. The Magistrate Judge advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No party has filed an objection to the Report and Recommendation within fourteen days of service. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report and Recommendation [Doc. 14] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Doc. 11] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered in favor of Plaintiff and against Defendant in the amount of $949,879.03 in monetary damages and $6,102.00 in attorney's fees and costs.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, to forward copies of this Order to all counsel of record, and mail a copy of this Order to Defendant and to the following address:

Crocker & Crocker
Attn: Patrick Crocker
The Kalamazoo Building
107 W. Michigan Avenue, 4th Floor
Kalamazoo, Michigan 49007
(269) 381-8993
patrick@crockerlawfirm.com

**This is a final order for purposes of appeal.** To appeal, Defendant must file a written Notice of Appeal with the Clerk of Court within thirty (30) days of the date of this Order. A Notice of Appeal is a short statement stating a desire to appeal an order and identifying the date of the order Defendant wishes to appeal. Failure to file a timely Notice of Appeal waives the Defendant's right to appeal this decision.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 12, 2019

2